# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY SYLVESTER, JR.

NO. 2020 KW 0423

**JUNE 19, 2020**

In Re:   Anthony Sylvester, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2038-F-2020.

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED AS MOOT.** We have been advised by the judge's office that the district court held a bond hearing in this matter on May 26, 2020, and relator was released on bond.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.